(October 1, 1985)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESUS TORRES, Appellant.—Judgment, Supreme Court, New York County (Joan Carey, J.), rendered on April 16, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Ross, Lynch, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NAPOLEON LUNDY, Appellant.—Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered on October 26, 1982, unanimously affirmed.